UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**DANIEL LEE HALL, SR.,**

    **Movant,**

**v.**                                     **Civil Action No. 3:17-cv-03970**
                                      **Criminal Action No. 3:09-cr-00187**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## MEMORANDUM OPINION AND ORDER

**The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on May 29, 2018; and the magistrate judge having recommended that the court deny movant Daniel Lee Hall, Sr.'s motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and dismiss this civil action from the docket of the court; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein and that Movant Daniel Lee Hall, Sr.'s motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, be, and it hereby is, denied.**

1

It is, therefore, ORDERED that the movant's complaint be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to the movant, all counsel of record, and the United States Magistrate Judge.

ENTER: January 7, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge